FILED.

DATED: 11:40 am, May 27, 2020

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>    Defendant. | Case No.: 2:20-mj-00431-DJA<br><br>SEALING ORDER |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Affidavit, together with the Court's Order, in the above-captioned matter shall be sealed until the execution of the warrants or further Order of the Court.

DATED this 27th day of May 2020.



_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE