RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Daniel Anthony Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>ORDER **TO CONTINUE ARRAIGNMENT AND PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Daniel Anthony Anguiano, that the Arraignment and Plea Hearing currently scheduled on July 2, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than 14 days.

This Stipulation is entered into for the following reasons:

1. The parties seek to continue the Arraignment and Plea Hearing to allow for the defendant and defense counsel to meet and confer in person prior to the hearing.

2. Defendant is not incarcerated and does not object to a continuance.

3. The parties agree to the continuance.

1  This is the first request for continuance filed herein.

2  DATED this 1st day of July, 2020.

3

4  RENE L. VALLADARES  NICHOLAS A. TRUTANICH
   Federal Public Defender  United States Attorney

5

6

7  By */s/ Brandon C. Jaroch*  By */s/ Robert Knief*
   BRANDON C. JAROCH  ROBERT KNIEF
8  Assistant Federal Public Defender  Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>　　　　Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Arraignment and Plea Hearing currently scheduled on July 2, 2020 at the hour of 10:30 a.m., be vacated and continued to July 16, 2020, at 2:30 pm in Courtroom 3C.

　　DATED this  1st  day of July, 2020.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3