RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Daniel Anthony Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANIEL ANTHONY ANGUIANO ET AL,<br><br>        Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**STIPULATION TO MODIFY TRAVEL RESTRICTION**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Daniel Anguiano, that the Court modify his condition of release to allow for travel to the State of California.

      The Stipulation is entered into for the following reasons:

      1.     On May 28, 2020, Mr. Anguiano appeared before Magistrate Judge Daniel J. Albregts and was released on a personal recognizance bond with certain conditions, including a travel restriction limiting his travel to Clark County, Nevada. ECF No.'s 5 & 9.

      2.     Mr. Anguiano is requesting the ability to travel to the State of California to renew his driver's license and acquire a copy of his birth certificate.

3. Counsel for Mr. Anguiano has spoken with Pretrial Services Officer Jennifer Simone who does not oppose this modification to allow travel to the State of California with the U.S. Pretrial Services Office's prior approval.

4. The government has no objection to this requested modification.

5. This is the first stipulation to modify conditions of release filed herein.

DATED this 6th day of November, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Kimberly Sokolich*<br>KIMBERLY SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>DANIEL ANTHONY ANGUIANO ET AL,<br><br>    Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**ORDER** |

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS THEREFORE ORDERED that Mr. Anguiano's travel restriction be modified to allow him to travel to the State of California with the U.S. Pretrial Services Office's prior approval.

    DATED this 10th day of Novemver, 2020.

                                                  UNITED STATES MAGISTRATE JUDGE

3