CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>    Defendant. | No. 2:20-cr-000136-APG-BNW<br><br>**Unopposed Motion to Amend Indictment** |

COMES NOW the United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, and hereby moves to amend Defendant's name in Count 2 of the indictment in the above captioned case from "DANIEL ANTHONY ORTEGA" to "DANIEL ANTHONY ANGUIANO." This is a clerical error and Defendant's name is correctly listed throughout the remainder of the indictment.

//

//

Correction of clerical errors in an indictment is permitted, so long as the defendant is not prejudiced by the correction. *United States v. Aguilar*, 756 F.2d 1418, 1423 (9th Cir. 1985); *see e.g.*, *United States v. Mickey*, 897 F.3d 1173, 1183 (9th Cir. 2018)("The correction of an 'obvious clerical error' does not result in a constructive amendment."). Counsel for the government has spoken to the defense, who does not oppose the proposed amendment.

DATED this 16 June 2021.

    Respectfully submitted,
    CHRISTOPHER CHIOU
    United States Attorney

    */s/ Kimberly Sokolich*
    KIMBERLY SOKOLICH
    Assistant United States Attorney

IT IS SO ORDERED.

Dated: June __17th__, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE