UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ANTHONY ANGUIANO ET AL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that Mr. Anguiano's conditions of release be modified to remove the condition that he need to submit to drug testing as ordered by Pretrial Services (Condition No. 43).


　　DATED this 19th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3