RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Daniel Anthony Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>  Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Kimberly Anne Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Daniel Anthony Anguiano, that the Sentencing Hearing currently scheduled on October 6, 2022, at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five days (45) days.

  This Stipulation is entered into for the following reasons:

  1. Counsel needs additional time to obtain medical records and other documents in support of sentencing.

  2. Mr. Anguiano is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 27th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DANIEL ANTHONY ANGUIANO,<br><br>                    Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 6, 2022, at 9:30 a.m., be vacated and continued to November 29, 2022 at the hour of 10:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

   DATED this 28th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

3