JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar #7709
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kimberly.Sokolich@usdoj.gov

Representing the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-136-APG-BNW |
| Plaintiff, | **Government's Motion for Leave to file Under Seal** |
| vs. | |
| DANIEL ANGUIANO, | |
| Defendant. | |

Contemporaneous with this motion, the government is filing its Response to Defendant's Sealed Sentencing Memorandum. As this Response relates to sealed filings and references defendant's cooperation against a co-defendant, it should be filed under seal and remain under seal.

//

//

**CONCLUSION**

For the foregoing reasons, the government respectfully requests leave to file its Sentencing Response, under seal and requests that the Court maintain it under seal.

Dated this 25th day of November 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

IT IS SO ORDERED:

Dated: November 28, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE