RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Daniel Anthony Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00136-APG-BNW |
| Plaintiff, | **STIPULATION TO EXTEND SELF-SURRENDER DATE** |
| v. | |
| DANIEL ANTHONY ANGUIANO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Daniel Anguiano, that the Court extend Mr. Anguiano's self-surrender date to Wednesday, May 31, 2023, at noon.

The Stipulation is entered into for the following reasons:

1. On November 29, 2022, Mr. Anguiano was sentenced to 120 months in custody. ECF No. 78. The Court further ordered Mr. Anguiano to self-surrender to the BOP by March 3, 2023, at 12 p.m.[1] *Id.*

---

[1] Mr. Anguinao was designated to serve his sentence at FMC For Worth.

2. At the time of sentencing, Mr. Anguiano informed the Court he had a scheduled surgery for his shoulder in December 2022. Unfortunately, that surgery date was delayed. Mr. Anguiano finally had his surgery in the beginning of February 2023. His surgeon has indicated that he needs at least until May 9, 2023, to recover from the surgery and participate in physical therapy.[2] As such, Mr. Anguiano is requesting to extend his self-surrender date to allow him to recover and engage in the necessary physical therapy to ensure the success of the surgery.

3. The government has no objection to extending Mr. Anguiano's self-surrender date until the end of May.

5. This is the first stipulation to extend Mr. Anguiano's self-surrender date.

DATED this 15th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Kimberly Sokolich<br>KIMBERLY SOKOLICH<br>Assistant United States Attorney |

---

[2] Defense counsel provided medical documentation of this to the government.

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ANTHONY ANGUIANO ET AL,<br><br>　　　　Defendant. | Case No. 2:20-cr-00136-APG-BNW<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that Mr. Anguiano's self-surrender date shall be extended to Wednesday, May 31, 2023, at 12:00 PM.

　　DATED this  16th  day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3