# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00136-APG-BNW |
|---|---|
| Plaintiff | **Order Denying Motion for Sentence Reduction** |
| v. | [ECF No. 83] |
| DANIEL ANTHONY ANGUIANO, | |
| Defendant | |

Daniel Anthony Anguiano filed a pro se request for clarification whether he is eligible for a reduction of his sentence based upon the United States Sentencing Commission's Guideline Amendment 821. ECF No. 83. I treat Anguiano's request as a motion for a reduction of his sentence. The Federal Defender has reviewed Anguiano's request and determined that he does not qualify for a reduction. ECF No. 87. I agree, for the reasons sated in the Federal Defender's brief.

I THEREFORE ORDER that Anguiano's motion **(ECF No. 83) is DENIED**.

DATED this 22nd day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE